

# Case Assignment
# Standard Civil Assignment

Case number **3:23CV-303-CHB**

Assigned : Judge Claria Horn Boom
Judge Code : A958

Assigned on 6/15/2023 3:03:32 PM
Transaction ID: 75569

[ Request New Judge ]   [ Return ]