UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                                       PLAINTIFF

v.                                                                        CASE ACTION NO: 3:23CV-303-CHB
*Electronically filed*

ALL FUNDS, MONIES, AND OTHER
THINGS OF VALUE STORED IN OR
ACCESSIBLE AT BINANCE
CRYPTOCURRENCY EXCHANGE,
ASSOCIATED WITH USER ID NUMBER
xxxxxxxxxxxxxx2020, BINANCE USER ID:
xxxxx4010 AND THE NAME OF WANG-LU                                        DEFENDANT

## **APPLICATION FOR WARRANT OF ARREST IN REM**

The United States of America, through its counsel, respectfully requests that the Clerk of this Court issue the attached Warrant of Arrest in Rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. In support of its application, the United States says the following:

1. On June 15th, 2023, the United States filed a complaint for civil forfeiture in rem in the above-referenced case. The complaint seeks the forfeiture of all funds, monies, and other things of value stored in or accessible at Binance Cryptocurrency Exchange, associated with User ID xxxxxxxxxxxxxx2020, Binance User ID xxxxx4010, and the name Wang-Lu.

2. The defendant property is in the possession, custody and control of the United States, to wit: the United States Secret Service obtained such possession, custody and control on February 16, 2023, pursuant to a federal seizure warrant.

3. Supplemental Rule G(3)(b)(i) provides that if property is subject to forfeiture in a civil forfeiture case, and the property is in the Government's possession, custody or control, the clerk "must issue a warrant to arrest the property."

WHEREFORE, the United States respectfully requests that the Clerk of the Court issue the attached warrant of arrest in rem.

Respectfully submitted,

MICHAEL A. BENNETT
United States Attorney

s/ *Amy M. Sullivan*
Assistant United States Attorney
717 W. Broadway
Louisville, KY 40202
(502) 582-5911
amy.sullivan@usdoj.gov